**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DONALD ROBINSON,
A# 026-076-500,**

    **Petitioner,**

vs.                                                       Case No. 4:18cv203-MW/CAS

**JEFF SESSIONS, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, filed a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Respondents filed a response to the petition, ECF No. 7, arguing that there was a significant likelihood of removal in the reasonably foreseeable future and contending that Petitioner is not a citizen of the U.S. Virgin Islands as he alleged in the petition but, instead, is a native and citizen of Jamaica.  ECF No. 7.

Thereafter, Petitioner filed a reply on October 15, 2018, disputing his citizenship and claiming that Jamaican officials told him they would not issue a travel document for him.  ECF No. 12.  Petitioner argued that his petition should be granted under Zadvydas.

On November 27, 2018, a status report was filed by Respondents, indicating that "the Jamaican Consulate in Miami issued an emergency travel document for Petitioner on November 20, 2018, based upon a verified record of Petitioner's birth in Jamaica." ECF No. 13 at 1. On December 4, 2018, Respondents filed a motion to dismiss the petition as moot, ECF No. 14, which advised that Petitioner was removed from the United States to Jamaica on November 29, 2018.

This case no longer presents a case or controversy as Petitioner has already received the relief sought in the petition, release from detention. Attached to the motion is a copy of Form I-205, Warrant of Removal/Deportation. ECF No. 14-1. That form demonstrates that, although Petitioner refused to sign the form or be fingerprinted, Petitioner's removal was witnessed by an immigration official when Petitioner left the United States on November 29, 2018, from the Miami International Airport. *Id.* at 2.

Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided. Petitioner is no longer in custody and no further relief may be granted.

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 14, be **GRANTED**, and the § 2241 petition filed by Donald A. Robinson be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on December 11, 2018.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**