**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DONALD ROBINSON,**

     **Petitioner,**

**v.**                   **Case No. 4:18cv203-MW/CAS**

**JEFF SESSIONS, et al.,**

     **Respondents.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the

parties,[1]

     **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The

Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 14, is **GRANTED** and the §

2241 petition, ECF No. 1, is **DISMISSED as moot**." The Clerk shall close the file.

     **SO ORDERED on January 2, 2019.**

                            **s/Mark E. Walker_____**
                            **United States District Judge**

---

[1] Petitioner has failed to keep the Clerk's office advised of his current address as evidenced by returned mail. ECF No. 17.